LINK: 42

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 12-CV-01059-MRP-MANx | Date | April 5, 2012 |
|---|---|---|---|
| Title | Federal Housing Finance Agency, as conservator for The Federal National Association and the Federal Home Loan Mortgage Corporation v. Countrywide Financial Corporation et al. | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**        (In Chambers)

**ORDER DENYING PLAINTIFFS' MOTION TO REMAND**

     Plaintiff filed a Motion to Remand this action to state court on October 18, 2011.  ECF No. 42.  The Court hereby **DENIES** that Motion.  This case is on all fours with *Stichting Pensioenfonds ABP v. Countrywide Fin. Corp.*, 447 B.R. 302 (C.D. Cal. 2011) ("*Stichting*").  Here, as there, the plaintiff alleges that Countrywide and related entities are liable for misrepresenting the quality of residential mortgage loans that were securitized into residential mortgage-backed securities purchased by the plaintiff.  Just as in *Stichting*, a number of the underlying loans in this case were originated by now-bankrupt originators.  As in *Stichting*, the filing of this lawsuit triggered indemnification rights that will impact the bankruptcy estates.  The Court finds that bankruptcy related-to jurisdiction is appropriate, and equitable remand inappropriate, for the same reasons set out in *Stichting*.  Plaintiff's motion is **DENIED**.

     IT IS SO ORDERED.