Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
John B. Daukas (*pro hac vice*)
jdaukas@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Telephone:  617-570-1000
Facsimile:   617-523-1231

Daniel J. Tyukody (State Bar No. 123323)
*dtyukody@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Telephone:  213-426-2500
Facsimile:  213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc.,
Countrywide Capital Markets, LLC,
Countrywide Securities Corp., CWABS,
Inc., CWALT, Inc., and CWMBS, Inc.

*Additional counsel on signature pages*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br>**DEFENDANTS' STATEMENT REGARDING NON-OPPOSITION**<br>Courtroom: 12<br>Judge:     Hon. Mariana R. Pfaelzer |
| FEDERAL HOUSING FINANCE AGENCY, as conservator for THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br>                Plaintiff,<br>     v.<br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br>                Defendants. | Case No. 12-CV-01059-MRP (MANx) |

1  On August 2, 2013, Plaintiff Federal Housing Finance Agency ("FHFA") and
2  Defendant UBS Securities LLC ("UBS") filed a joint motion for entry of an order of
3  voluntary dismissal and a bar order (Dkt. No. 278) ("Joint Motion"), along with a
4  Proposed Order of Voluntary Dismissal With Prejudice And Bar Order ("Proposed
5  Order") (Dkt No. 278-8).  On August 13, 2013, the Court ordered the remaining
6  Defendants—Countrywide Financial Corporation, Countrywide Home Loans, Inc.,
7  Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT,
8  Inc., CWABS, Inc., CWMBS, Inc., Banc of America Securities LLC, Citigroup
9  Global Markets, Inc., RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.),
10 Deutsche Bank Securities Inc., Ranjit Kripalani, N. Joshua Adler, Jennifer S.
11 Sandefur, David A. Spector, Eric Sieracki, and Stanford Kurland (collectively, the
12 "Non-Settling Defendants")—to file a response, either in support, opposition, or
13 otherwise, to the Joint Motion (Dkt. No. 284).  On August 26, 2013, the Court
14 extended the time for the Non-Settling Defendants to file their response until
15 September 3, 2013 (Dkt. No. 297).
16  Pursuant to the Court's order, the Non-Settling Defendants hereby state that
17 they do not oppose the entry of the Proposed Order.

| | |
|---|---|
| Dated: September 3, 2013 | Respectfully submitted,<br><br>GOODWIN PROCTER LLP<br><br>/s/ Brian E. Pastuszenski<br>Brian E. Pastuszenski (*pro hac vice*)<br>bpastuszenski@goodwinprocter.com<br>Daniel J. Tyukody (SBN 123323)<br>dtyukody@goodwinprocter.com<br>John B. Daukas (*pro hac vice*)<br>jdaukas@goodwinprocter.com<br>Brian C. Devine (SBN 222240)<br>bdevine@goodwinprocter.com<br><br>53 State Street<br>Boston, Massachusetts 02109<br>Telephone: 617-570-1000<br>Facsimile: 617-523-1231<br><br>*Attorneys for the Countrywide Defendants* |
| Dated: September 3, 2013 | GIBSON, DUNN & CRUTCHER LLP<br><br>/s/ Alex Mircheff (*with permission*)<br>Dean Kitchens<br>dkitchens@gibsondunn.com<br>Alex Mircheff<br>amircheff@gibsondunn.com<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7416<br><br>*Attorneys for Citigroup Global Markets, Inc.; RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.); and Deutsche Bank Securities Inc.* |
| Dated: September 3, 2013 | WILLIAMS & CONNOLLY LLP<br><br>/s/ John M. McNichols (*with permission*)<br>Stephen L. Urbanczyk (Bar No. 063060)<br>surbanczyk@wc.com<br>Edward J. Bennett (*pro hac vice*)<br>ebennett@wc.com<br>John M. McNichols (*pro hac vice*)<br>jmcnichols@wc.com<br>Steven M. Cady (*pro hac vice*) |

DEFENDANTS' STATEMENT REGARDING NON-OPPOSITION

|  |  |
|---|---|
|  | scady@wc.com<br><br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  202-434-5000<br><br>*Attorneys for Banc of America Securities LLC* |
| Dated:  September 3, 2013 | PAUL HASTINGS LLP<br><br>/s/ Joshua G. Hamilton (*with permission*)<br>William F. Sullivan<br>williamsullivan@paulhastings.com<br>Joshua G. Hamilton<br>joshuahamilton@paulhastings.com<br>Jenifer Doan<br>jeniferdoan@paulhastings.com<br><br>515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071-2228<br>Telephone:  213-683-6000<br><br>*Attorneys for Ranjit Kripalani, N. Joshua Adler*, and *Jennifer S. Sandefur* |
| Dated:  September 3, 2013 | DLA PIPER (US) LLP<br><br>/s/ David A. Priebe (*with permission*)<br>David A. Priebe (SBN 148679)<br>david.priebe@dlapiper.com<br><br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone:  650-833-2000<br>Facsimile:   650-833-2001<br><br>Shirli Fabbri Weiss (SBN 079225)<br>shirli.weiss@dlapiper.com<br><br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone:  619-699-3650<br>Facsimile:   619-764-6650<br><br>*Attorneys for Eric Sieracki* |

| | |
|---|---|
| Dated:  September 3, 2013 | LEVINE LEE LLP<br><br>/s/ Scott Klugman (*with permission*)<br>Seth Levine<br>slevine@levinelee.com<br>Scott Klugman<br>sklugman@levinelee.com<br><br>666 Fifth Avenue<br>New York, New York 10103<br>Telephone:  212-223-4400<br><br>*Attorney for David A. Spector* |
| Dated:  September 3, 2013 | CALDWELL LESLIE & PROCTOR, PC<br><br>/s/ Jeanne A. Fugate (*with permission*)<br>Christopher G. Caldwell<br>caldwell@caldwell-leslie.com<br>Jeanne A. Fugate<br>fugate@caldwell-leslie.com<br>Jennifer Lee Hong<br>hong@caldwell-leslie.com<br><br>725 S. Figueroa Street, 31st Floor<br>Los Angeles, California 90017-5524<br>Telephone:  213-629-9040<br><br>*Attorneys for Stanford Kurland* |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 3, 2013, I electronically filed the following document(s) using the CM/ECF system:

**STATEMENT OF NON-OPPOSITION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Gerson A. Zweifach
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on September 3, 2013, at Los Angeles, California.

    Kemi Oyemade                                 (Signature)
(Type or print name)