**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION, | Case No. 11-ML-02265-MRP (MANx) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 12-CV-01059-MRP (MANx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR EXTENDING PAGE LIMITATIONS FOR PARTIES' RESPONSIVE BRIEFS**<br><br>Date:         September 25, 2013<br>Time:         1:30 p.m.<br>Courtroom: 12<br>Judge:        Hon. Mariana R. Pfaelzer |

1    Pursuant to the Court's August 5, 2013 Order and the Parties' September 18,
2 2013 Stipulation, it is hereby ORDERED:

3    1.    FHFA and Defendants' simultaneous responsive briefs shall each be no
4 longer than 50 pages.

7 DATED:  September 19, 2013

_____
HON. MARIANA R. PFAELZER
United States District Judge