QUINN EMANUEL URQUHART & SULLIVAN, LLP
Christine H. Chung
  christinechung@quinnemanuel.com
Adam M. Abensohn
  adamabensohn@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Richard A. Schirtzer (Bar No. 150165)
  richardschirtzer@quinnemanuel.com
Molly Stephens (Bar No. 232211)
  mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Federal Housing Finance Agency*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGED-BACKED SECURITIES LITIGATION<br><br>FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>            Plaintiff,<br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>            Defendants. | Case No. 11-ML-2265-MRP (MANx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 12<br><br>Judge: Hon. Mariana R. Pfaelzer<br><br>Case No. 12-CV-01059-MRP (MANx)* |

1   WHEREAS Plaintiff Federal Housing Finance Agency, as Conservator of the Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association (collectively, "Plaintiff"), and Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWMBS, Inc., Merrill Lynch Pierce, Fenner & Smith, Inc. (f/k/a Banc of America Securities LLC), N. Joshua Adler, Ranjit Kripalani, Stanford Kurland, Jennifer Sandefur, Eric Sieracki, and David Spector (collectively, "Defendants") have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Action shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 2nd day of April, 2014.

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE